No. 996. McRAE, ADMINISTRATRIX, v. UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion

760

for leave to proceed further *in forma pauperis,* denied. *Mr. Thomas H. Peeples* for petitioner. No appearance for the United States.